1  BENJAMIN B. WAGNER
   United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:12-CR-00003-LJO-SKO |
| | ) | |
| Plaintiff, | ) | FINAL ORDER OF FORFEITURE |
| | ) | |
| v. | ) | |
| | ) | |
| HECTOR GONZALEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

WHEREAS, on May 23, 2012, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), based upon the plea agreement entered into between plaintiff and defendant Hector Gonzalez forfeiting to the United States the following property:

   a.  .22 Caliber Colt, Model Frontier Scout revolver, and all ammunition seized in this case.

AND WHEREAS, beginning on May 26, 2012, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third

1 parties of their right to petition the Court within sixty (60) days
2 from the first day of publication for a hearing to adjudicate the
3 validity of their alleged legal interest in the forfeited property;
4     AND WHEREAS, the Court has been advised that no third party has
5 filed a claim to the subject property and the time for any person or
6 entity to file a claim has expired.
7     Accordingly, it is hereby ORDERED and ADJUDGED:
8     1.   A Final Order of Forfeiture shall be entered forfeiting to
9 the United States of America all right, title, and interest in the
10 above-listed property pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. §
11 2461(c), to be disposed of according to law, including all right,
12 title, and interest of Hector Gonzalez.
13     2.   All right, title, and interest in the above-listed property
14 shall vest solely in the name of the United States of America.
15     3.    The Department of Homeland Security, Immigration Customs
16 Enforcement or Customs and Border Protection shall maintain custody
17 of and control over the subject property until it is disposed of
18 according to law.

IT IS SO ORDERED.

**Dated:   August 1, 2012**　　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE